UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NILS WARREN,

       Plaintiff                   Case No.:  6:22-cv-02432-WWB-LHP

v.

NELNET and MIGUEL S. CARDONA,
Secretary of Education,

       Defendants.

_____/

## UNOPPOSED MOTION OF NELNET SERVICING, LLC TO SUBSTITUTE PARTIES AND MEMORANDUM OF LAW IN SUPPORT

Nelnet Servicing, LLC, ("Nelnet Servicing") through its undersigned counsel, hereby files this unopposed motion to substitute itself in the place of named defendant "Nelnet."  Plaintiff does not oppose this motion.

As grounds for this motion, Nelnet Servicing states:

1.    The Complaint in this action names as a defendant "Nelnet."  Nelnet Servicing represents to the Court that it is a subsidiary of Nelnet, Inc.  Nelnet Servicing provides loan servicing services.  Nelnet, Inc. does not provide such services.  Based upon the allegations in the Complaint, Nelnet Servicing represents that it is the proper "Nelnet" named party and should be substituted in the place of "Nelnet."

### LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that Plaintiff agrees with the relief sought in this motion. The other defendant has not entered an appearance in this case of the filing of this motion.

1

132141889.1

WHEREFORE, Nelnet Servicing requests that it be substituted in the place of "Nelnet" in this case and the caption of the case be amended to reflect this substitution.

<u>/s/ Daniel C. Johnson</u>
Daniel C. Johnson (FBN 522880)
Lead Counsel
Carlton Fields, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, FL 32801-3400
Telephone: (407) 849.0300
Facsimile:  (407) 648.9099
Email: djohnson@carltonfields.com
*Attorneys for Defendant Nelnet Servicing, LLC, improperly named as "Nelnet"*

132141889.1