**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NILS WARREN,

        Plaintiff,

v.                                                Case No:   6:22-cv-2432-WWB-LHP

NELNET SERVING, LLC and
MIGUEL S. CARDONA,

        Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS (Doc. No. 10)**
>
> **FILED:**     February 28, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the Local Rules, including Local Rule 3.01(a) and Local Rule 3.01(g). *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)

- 2 -

(stating that *pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on March 3, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties